IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-BNB

DANNY O. DANIELS,
    Plaintiff,

v.

STATE OF COLORADO,
GOVERNOR BILL RITTER, in his official capacity,
ARAPAHOE COUNTY DISTRICT COURT,
COLORADO DEPARTMENT OF CORRECTIONS,
THE HONORABLE JUDGE JOHN L. WHEELER, in his official capacity,
REBECCA GLEASON, in her individual capacity,
DANA WILKS, in her individual capacity,
PHILLIP TEDESCI, in his individual and official capacity,
ARISTEDES ZAVARAS, in his official capacity, and
BURL McCULLAR, in his individual and official capacity,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 4 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Danny O. Daniels, is in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility at Las Animas, Colorado. Mr. Daniels has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the complaint liberally because Mr. Daniels is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Daniels will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Daniels and finds that it is deficient because it is not clear which claims are being asserted against which specific

Defendants. It also is not clear which factual allegations support each asserted claim. Mr. Daniels sets forth a single narrative describing the claims he is asserting and the supporting factual allegations and he apparently expects the court to link those factual allegations with the appropriate claims and to determine which Defendant or Defendants are being sued in connection with each asserted claim. That is not the court's responsibility. In addition, Mr. Daniels fails to assert any claims against some of the named Defendants or to describe how each named Defendant personally participated in the alleged constitutional violations. Therefore, Mr. Daniels will be ordered to file an amended complaint in order to clarify his claims in this action.

Mr. Daniels is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Personal participation is an essential allegation in a civil rights action. ***See Bennett v. Passic***, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Daniels must show that each Defendant caused the deprivation of a federal right. ***See Kentucky v. Graham***, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. ***See Butler v. City of Norman***, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. ***See Pembaur v. City of Cincinnati***, 475 U.S. 469, 479 (1986); ***McKee v. Heggy***, 703 F.2d 479, 483 (10th Cir. 1983). Finally, Mr.

Daniels is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Daniels should name as Defendants in the amended complaint the persons he believes actually violated his constitutional rights. Accordingly, it is

ORDERED that Mr. Daniels file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Daniels, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Daniels fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

Dated: August 14, 2008

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01586-BNB

Danny O. Daniels
Prisoner No. 138191
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 8/14/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk