IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacity,
ARISTEDES ZAVARAS, in his official capacity,
JAMES MICHAUD, in his official capacity, and
BURL McCULLAR, in his individual and official capacity,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge that Plaintiff's Motion for Reconsideration (Doc 18) construed as a Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) be denied. The recommendation was issued and served on October 24, 2008. Plaintiff has filed timely written objections to the recommendation. I have therefore reviewed the recommendation *de novo* in light of the objections and file and record in this case. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Doc 18) construed as a Motion to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) is DENIED.

                  BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:  November 14, 2008