IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

    Perceiving no prejudice to the Plaintiff, Defendants' Motion for Leave to File Supplemental Affidavit in Support of Response to Motion for Preliminary Injunction [filed March 24, 2009; docket #58] is **granted**. The affidavit confirming that Plaintiff will not be required to register as a sex offender [docket #58-2] is accepted for consideration.