IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 08-cv-01586-LTB-MEH | Date: April 2, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DANNY O. DANIELS, | *Pro Se* (by telephone) |
| Plaintiff, | |
| vs. | |
| COLORADO DEPARTMENT OF CORRECTIONS, | Nicole S. Gellar |
| PHILLIP TEDESCI, in his individual capacity, | |
| PHILLIP TEDESCI, in his official capacity, | |
| ARISTEDES ZAVARAS, in his individual capacity, | |
| ARISTEDES ZAVARAS, in his official capacity, | |
| BURL MCCULLAR, in his individual capacity, | |
| BURL MCCULLAR, in his official capacity, | |
| JAMES MICHAUD, in his individual capacity, and | |
| JAMES MICHAUD, in his official capacity, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING – Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. #37, filed 1/26/09)**

**Court in session:** 1:39 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel.

| | |
|---|---|
| 1:41 p.m. | Plaintiff makes opening statements. |
| 1:47 p.m. | Ms. Gellar makes opening statements. |
| 1:53 p.m. | Plaintiff, Danny O. Daniels, is sworn, testifies, and is questioned by the Court. |
| 2:29 p.m. | Plaintiff is cross-examined by Ms. Gellar and further questioned by the Court. |
| 2:32 p.m. | Plaintiff further testifies to the Court.<br>Discussion regarding documents attached to the Motion and Plaintiff's Motion for Extension of Time (Doc. #62, filed 3/30/09) and Plaintiff's Motion for Service Out of Time (Doc. #64, filed 4/1/09). |

**ORDERED:** Plaintiff's Motion for Extension of Time (Doc. #62, filed 3/30/09) is GRANTED. Plaintiff shall file his response to Defendants' Motion to Dismiss **no later than April 26, 2009.**

Plaintiff's Motion for Service Out of Time has not been referred to this Court for ruling, so no order will be entered.

| | |
|---|---|
| 3:06 p.m. | The plaintiff rests.<br>Plaintiff is examined by Ms. Gellar.<br>Discussion regarding Plaintiff filing a reply to Defendants' response to Plaintiff's Motion for Temporary Restraining Order. |

**ORDERED:** Plaintiff shall file his reply to Defendants' response to the Motion for Temporary Restraining Order **no later than April 16, 2009.**

| | |
|---|---|
| 3:14 p.m. | Ms. Gellar presents closing argument. |
| 3:21 p.m. | Plaintiff presents closing argument. |

The Court takes Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. #37, filed 1/26/09) is taken under advisement.

**Court in recess:** 3:25 p.m. (Hearing concluded)
**Total time in court:** 2:46