IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2009.**

    For good cause shown, Plaintiff's Motion for Service Out of Time [filed April 1, 2009; docket #64] is **granted**. Although this Court ordered service pursuant to 28 U.S.C. §1915 on October 29, 2008 [docket #22], the record reveals no attempted service upon Defendant Tedesci at the address listed in the Amended Complaint [docket #6]. Therefore, the Clerk of the Court is directed to arrange service of the summons and Second Amended Complaint upon Defendant Tedesci pursuant to this Court's October 29, 2008 order.