IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 11, 2009.**

    Plaintiff's Motion for Service at New Address [filed May 7, 2009; docket #80] is **granted**. Pursuant to 28 U.S.C. § 1915(d), the Clerk of the Court is directed to arrange service of the summons and Second Amended Complaint upon Defendant Tedesci at the new address listed in Plaintiff's motion.