IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

      Defendants.

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

Defendants have filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"), alleging that Plaintiff fails to state a claim against the Defendant upon which relief may be granted. [docket #52]. Plaintiff timely filed a Response and Defendants a Reply. All parties submitted evidentiary materials in support of their positions on the Motion.

Because the parties wish to support their positions on the Motion to Dismiss with documents outside of the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, either party may submit any additional briefing on the Motion, and in such additional briefing, the parties may respond to the materials already submitted with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). Therefore, it is ORDERED that any additional briefing by either party must be submitted on or before **June 1, 2009**.

Dated at Denver, Colorado, this 15th day of May, 2009.

                                      BY THE COURT:

                                      s/ Michael E. Hegarty
                                      Michael E. Hegarty
                                      United States Magistrate Judge