IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2009.**

      Plaintiff's Motion for Leave to File Supplemental Memorandum of Law regarding Parole Ineligibility [filed May 26, 2009; docket #86] is construed as a request for the Court to consider additional information with respect to Defendants' Motion to Dismiss, which has been converted to a Motion for Summary Judgment and is, therefore, **granted** pursuant to this Court's May 15, 2009 order [docket #84].