IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2009.**

      In light of the filing of Plaintiff's Second Amended Complaint, Plaintiff's Motion to Include 5 U.S.C. § 552a as Jurisdiction Over My Civil Rights Under the Privacy Act [filed October 7, 2008; docket #12] is **denied as moot**.