IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2009.**

      Plaintiff's Notice of Intent to Redact [filed July 24, 2009; docket #99], in which the Plaintiff requests that the Court accept such notice three days after the deadline, is **granted**. The Clerk of the Court is directed to accept for filing the Plaintiff's Notice of Intent to Redact as if timely filed. In addition, the Clerk of the Court is directed to mail a copy of the Court's Policy Concerning Electronic Availability and Redaction of Transcripts and any related documents to the parties with a copy of this minute order.