IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01586-LTB-MEH

DANNY O. DANIELS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
PHILLIP TEDESCI, in his individual and official capacities,
ARISTEDES ZAVARAS, in his individual and official capacities,
JAMES MICHAUD, in his individual and official capacities, and
BURL MCCULLAR, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2009.**

    Plaintiff's Motion for Loan of Record [filed August 17, 2009; docket #107] is **granted in part and denied in part**. Plaintiff asks the Court to "loan" him a copy of the transcript prepared for the motion hearing held on April 2, 2009, so that he may redact personal identifiers from the transcript. Rather than "loan" a copy of the transcript, the Court directs the Clerk of the Court to provide a copy of the transcript to Plaintiff by mailing it to him at his current address.